*In re* REBECCA SANTIAGO MÉNDEZ.

*Número:* AB-90-50        *Resuelto:* 27 de diciembre de 1991

*Jorge E. Pérez Díaz, Procurador General, Reina Colón de Rodríguez, Subprocuradora General, e Iván F. Fuster Lebrón, Procurador General Auxiliar, en Informe; Rebecca Santiago Méndez, pro se; Nelson Álvarez Aponte, pro se.*

PER CURIAM: ▉ Recientemente —en *In re Colón Torres*, 129 D.P.R. 490, 493–494 (1991)— expresamos:

> Es conocido ya por todos los miembros de la clase togada que la naturaleza de su función requiere *una escrupulosa atención y obediencia a las órdenes de este Tribunal, particularmente cuando de su conducta profesional se trata.* Aunque parezca increíble, la necesidad de esta manifestación y la frecuencia con la que nuestras órdenes son desacatadas la hace imperiosa. Todos los abogados tienen el deber de responder diligentemente a los requerimientos de este Tribunal respecto a una queja presentada en su contra que está siendo investigada. *In re Pagán Ayala*, 115 D.P.R. 814 (1984). Con demasiada frecuencia innumerables miembros de la profesión arriesgan sus títulos con la actitud de dejadez y desidia que demuestran. *En muchas más ocasiones que las deseables, simples amonestaciones se convierten en suspensiones indefinidas por la testarudez y contumacia de los abogados que no cumplen con nuestras órdenes.* (Énfasis suplido.)

▉ El presente recurso, desafortunadamente, plantea una situación similar, esto es, la incomprensible y contumaz negativa de un miembro del foro de cumplir con las órdenes de este Tribunal.(¹) La misma hace mandatoria la

---

(¹) Conforme surge de un informe radicado por la Oficina del Procurador General de Puerto Rico, de fecha 4 de marzo de 1991, tres (3) ciudadanos se querellaron contra la licenciada Santiago Méndez. Esta desentendió, e hizo caso omiso, de todas

suspensión indefinida de la Lcda. Rebecca Santiago Méndez del ejercicio de la profesión de abogado.

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Pons Núñez y los Jueces Asociados Señora Naveira de Rodón y Señor Hernández Denton no intervinieron.

---

las comunicaciones que, en relación con dichas quejas, le enviara dicha Oficina.

Mediante Resolución de fecha 27 de marzo de 1991 le concedimos un término de veinte (20) días a la abogada para que compareciera ante el Procurador General. Le apercibimos que el incumplimiento podría acarrearle la imposición de sanciones disciplinarias. Hizo caso omiso a la misma.

Ello no obstante, mediante Resolución de fecha 27 de septiembre de 1991, le concedimos un término adicional para cumplir con la citada Resolución. Se le advirtió, en esta ocasión, que "su incumplimiento con los términos de esta resolución conllevará su suspensión automática de la abogacía". Esta Resolución le fue notificada *personalmente* a la licenciada Santiago Méndez.

Mediante escrito de fecha 6 de diciembre de 1991, el Procurador General nos informa que la licenciada Santiago Méndez no ha comparecido a su Oficina.